**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**MARK STINSON**                                                                    **PETITIONER**

**V.**                               **CASE NO. 2:25-cv-00148-JM-JTK**

**USA**                                                                              **RESPONDENT**

**JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and

ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice.

SO ADJUDGED this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE